# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**CHRISTOPHER WEST**                                          **PLAINTIFF,**

**VS.**                          **NO.: 2:07cv215-P-A**

**DRURY COMPANY**                                               **DEFENDANT**

**ORDER**

Considering the *Motion to Stay Enforcement of Judgment and Approval of Appeal Bond* filed by Drury Company (Doc. No. 185);

IT IS HEREBY ORDERED that the enforcement of the *Judgment* rendered by this Court on June 12, 2009 is stayed under Fed. R. Civ. R. Rule 62(d).

IT IS FURTHER HEREBY ORDERED that the Appeal Bond is approved and enforcement of the Judgment rendered by this Court on June 12, 2009 is stayed until such time as defendant's appeal to the United States Court of Appeal for the Fifth Circuit is final and further orders are issued from this Court.

This the 5th day of April, 2010.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                 W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE