IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**CHRISTOPHER WEST**                                                   **PLAINTIFF,**

**VS.**                                                   **NO.: 2:07cv215-P-A**

**DRURY COMPANY**                                              **DEFENDANT**

## **ORDER**

This cause is before the Court on the plaintiff's Motion to Require Defendant Drury Company to Post a Cash Bond [189]. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Require Defendant Drury Company to Post a Cash Bond [189] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 5th day of April, 2010.

                                                                      /s/ W. Allen Pepper, Jr.
                                                                      W. ALLEN PEPPER, JR.
                                                                      UNITED STATES DISTRICT JUDGE